BEFORE THE SECOND DIVISION, NOVEMBER 15, 1944]

No. 49801.—Petition 6303-R of International Paper Sales Co., Inc. (Tampa).

Opinion by TILSON, J. The petition having been formally abandoned was dismissed by the court.

BEFORE THE THIRD DIVISION, NOVEMBER 15, 1944

No. 49802.—Petitions 6427–R, etc., of S. S. Kresge Co. (Seattle).

Opinion by CLINE, J. The petitions having been formally abandoned were dismissed by the court.

No. 49803.—Protest 849442–G of Landriani, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise is grape coloring extract, the same as that the subject of Abstract 49180, the claim at 15 percent was sustained.